**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-22801-CIV-SMITH**

GEORGE KHAWAN MARDEMI,

     Plaintiff,

vs.

PRONTO PIZZA EXPRESS, CORP., *ET AL.*,

     Defendants.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 18], in which the Magistrate Judge recommends approving the parties' Settlement Agreement, and the Notice of Non-Objection to Report and Recommendations of Magistrate and Joint Stipulation to Consent Judgment Approving FLSA Settlement [DE 19], indicating that the parties have no objections to the Report and Recommendation. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1)    Magistrate Judge's Report and Recommendation [DE 18] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)    The Court approves the parties' Settlement Agreement as fair and reasonable.

3)    All pending motions are **DENIED as moot.**

4)    This case is **DISMISSED with prejudice.**

5)    The Court retains jurisdiction until **November 30, 2023,** to enforce the terms of the parties' settlement agreement.

6) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 28th day of September, 2023.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:  All counsel of record